United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 29, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-20577
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS PEREZ-RAMIREZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-9-2
--------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jesus Perez-Ramirez (Perez) appeals his conviction for possession with intent to distribute cocaine, aiding and abetting. For the first time on appeal, Perez argues that 21 U.S.C. § 841, the statute of conviction, is unconstitutional under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). Perez's appeal waiver does not bar review of this issue because he did not waive his right to appeal his conviction.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Perez acknowledges that the constitutional challenge is foreclosed by <u>United States v. Slaughter</u>, 238 F.3d 580, 582 (5th Cir. 2000), and that he is raising the issue to preserve it for Supreme Court review.

AFFIRMED.